UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**BIG M, INC.,**
**a New Jersey corporation,**

    Plaintiff,

vs.                                **CASE NO.: 8:07-cv-2372-T-17TBM**

**KITTY CORP., a Florida**
**corporation, d/b/a KIT'S WELL-**
**HEALED & WELL-DRESSED,**

    Defendant.
_____/

## PERMANENT INJUNCTION

THIS CAUSE came before the Court on the Stipulation for Entry of Order and Consent Judgment signed by the parties. It is hereby

**ORDERED and ADJUDGED:**

    1. The Stipulation for Entry of Permanent Injunction is approved.

    2. Pursuant to 15 USCS § 1114, Defendant, Kitty Corp., d/b/a Kit's Well-Healed & Well-Dressed, its successors, assigns, officers, agents, directors, servants, employees, salespersons, corporations, subsidiaries, affiliates, all other persons or entities, directly or indirectly under their control, and all other persons or entities in active concert or participation with them who receive actual notice of this Order by personal service or otherwise, whether acting directly or through any corporation, subsidiary, division, or other device, from now until eternity, are permanently enjoined from selling, offering for sale, advertising, promoting, marketing and/or distributing goods bearing the PUBLIC FUSION

mark, brand, logo, or name, or continuing to market, offer, or sell any item of apparel bearing the PUBLIC FUSION mark, brand, logo, or name, or any other item which may infringe on the registered FUSION trademarks held by Big M.

3. Kitty Corp., its directors and officers, agents, servants, employees, and all other persons in active concert or privity, or in participation with them, are hereby ordered immediately return to its suppliers any and all apparel bearing the PUBLIC FUSION mark, brand, logo, or name in their possession, custody, or control, and to provide Big M with an itemized inventory of the apparel returned under this Order.

4. Kitty Corp., its directors and officers, agents, servants, employees, and all other persons in active concert or privity, or in participation with them, are hereby ordered to recall from all distributors, wholesalers, jobbers, dealers, retailers, and all others known to Kitty Corp any items of apparel bearing the PUBLIC FUSION mark, brand, logo, or name, or any other item which may infringe on the registered FUSION trademarks held by Big M.

5. Kitty Corp., its directors and officers, agents, servants, employees, and all other persons in active concert or privity, or in participation with them, are hereby ordered to turn over to Big M all communications with Kit's' suppliers of the Infringing Mark clothing, including, but not limited to, copies of all correspondence, emails, invoices, purchase orders, confirmation of orders, and packing lists for the past five (5) years.

6. Kitty Corp. shall file with the Court and serve upon Big M, within twenty (20) days after service of this order, a report, in writing and under oath, setting forth in detail the manner and form in which Kitty Corp. has complied with this Order.

7. Kitty Corp. shall not contest the validity of the trademarks of Big M in any legal or administrative proceeding before the United States Patent and Trademark Office.

8. The Clerk of Court is directed to close this case and terminate any pending motions.

9. Each party shall bear its own fees and costs.

DONE and ORDERED in Chamber, in Tampa, Florida, this 10th day of March, 2008.



ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All parties and counsel of record